AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

WildEarth Guardians

**SUMMONS IN A CIVIL CASE**

V.

Dirk Kempthorne, Secretary of the Interior

CASE N

Case: 1:08-cv-00443
Assigned To : Friedman, Paul L.
Assign. Date : 3/13/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Attorney General Michael B. Mukasey
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert Ukeiley
WildEarth Guardians
1536 Wynkoop Street, Ste. 300
Denver, CO 80202

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER WHITTINGTON                           MAR 13 2008
CLERK                                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 04/09/08 |
| NAME OF SERVER (PRINT) Danielle Capillo | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): __Certified Mail Return Reciept Requested__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES Postage $6.11 | TOTAL $6.11 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __04/21/08__   _Danielle Capillo_ (signature)
Date                         Signature of Server

__435 R Chestnut St. Suite 1, Berea, KY 40403__
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

