RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief
ERIK E. PETERSEN, Trial Attorney
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Tel: (202) 305-0339/Fax: (202) 305-0275
erik.petersen@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior,<br><br>    Defendant | Civil No. 1:08-cv-00443<br><br>**NOTICE OF APPEARANCE** |

The Court and counsel will please take notice that Erik E. Petersen of the United States Department of Justice hereby enters his appearance as counsel for the Federal Defendant in the above-captioned action. Mr. Petersen's contact information is as follows:

| | |
|---|---|
| U.S. Mail | Telephone |
| U.S. Department of Justice | 202-305-0339 |
| Wildlife & Marine Resources Section | |
| Ben Franklin Station | Facsimile |
| P.O. Box 7369 | 202-305-0275 |
| Washington, D.C. 20044-7369 | |
| | |
| Overnight or Hand Delivery | Electronic Mail |
| U.S. Department of Justice | erik.petersen@usdoj.gov |
| Wildlife & Marine Resources Section | |
| 601 D Street, N.W., Room 3909 | |
| Washington, D.C. 20004 | |

Respectfully submitted this 21th day of May, 2008.

> RONALD J. TENPAS
> Assistant Attorney General
> JEAN E. WILLIAMS, Chief
> LISA L. RUSSELL, Assistant Chief
>
>   /s/ Erik E. Petersen
> ERIK E. PETERSEN, Trial Attorney
> D.C. Bar No. 489073
> U.S. Department of Justice
> Environment & Natural Resources Division
> Wildlife & Marine Resources Section
> Ben Franklin Station, P.O. Box 7369
> Washington, D.C. 20044-7369
> Telephone: (202) 305-0339
> Facsimile: (202) 305-0275
>
> Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

      /s/ Erik E. Petersen

      ERIK E. PETERSEN