RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
JEAN WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief
ERIK E. PETERSEN, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0339
Facsimile: (202) 305-0275

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WildEarth Guardians, ) | Case No.1:08-cv-00443-PLF |
| ) | |
| Plaintiff, ) | |
| ) | **UNOPPOSED MOTION FOR** |
| v. ) | **EXTENSION OF TIME TO FILE** |
| ) | **ANSWER** |
| Dirk Kempthorne, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Defendant hereby respectfully moves the Court to extend the time to file an answer in this matter. Defendant requests a thirty-day extension of time. In support of this motion, Defendant states as follows:

1. On March 13, 2007, Plaintiff filed a complaint alleging that the Fish and Wildlife Service violated the law by failing to issue a 90-day finding on Plaintiff's petition to list the Black-Tailed Prairie Dog as a threatened or endangered species under the Endangered Species Act and to designate the Black-Tailed Prairie Dog's habitat as critical.

    2.    Pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendant's answer is due on June 9, 2008.

    3.    Due to scheduling and workload issues, Defendant is unable to file an answer to the complaint by the June 9, 2008 deadline. In addition, the parties have negotiated the terms of a tentative settlement that they believe will be finalized on or before July 9, 2008.

    4.    Counsel for Plaintiff, Jay Tutchton, has indicated that Plaintiff does not oppose this extension.

Wherefore, Federal Defendant respectfully requests an extension until July 9, 2008 to file an answer.

Dated this 4th day of June, 2008.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
JEAN WILLIAMS, Section Chief
LISA L. RUSSELL, Assistant Chief


/s/ Erik E. Petersen
ERIK E. PETERSEN, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, DC 20044-7369
(202) 305-0339
(202) 305-0275 (fax)

CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

    /s/ Erik E. Petersen
ERIK E. PETERSEN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WildEarth Guardians,<br><br>             Plaintiff,<br><br>     v.<br><br>Dirk Kempthorne,<br><br>             Defendant. | Case No.1:08-cv-00443-PLF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER** |

Federal Defendant, hereby moves unopposed for an extension of time of 30 days to respond to the Complaint in this matter. Plaintiffs do not oppose the requested extension. For the reasons stated in Defendant's motion, and for good cause shown, Defendant's motion is granted.

Defendant's response to the Complaint in this matter shall be filed no later than July 9, 2008.

IT IS SO ORDERED.

Dated this ___ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE